**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.eviemagazine.com/post/riverdales-marisol-nicholds-goes-undercover-to-catch-child-sexual-predators/



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.eviemagazine.com/post/riverdales-marisol-nicholds-goes-undercover-to-catch-child-sexual-predators/



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://www.instagram.com/p/CAV2f6bATaH/

