**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #1

URL: https://www.marieclaire.com/culture/a32320089/marisol-nichols-undercover-child-predator-sting/

