**SANDERS LAW GROUP**
Craig B. Sanders, Esq. (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 122829
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Nicole Craine,

        Plaintiff,

       -against-

Evie Media Group, Inc.,

        Defendant.

**Case No. 2:21-cv-07307-GW-PLA**

**NOTICE OF SETTLEMENT**

Judge: George H. Wu and Paul L Abrams
Complaint Filed:

//
//
//
//
//
//
//
//

**PLEASE TAKE NOTICE** that Nicole Craine ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: October 6, 2021

SANDERS LAW GROUP

By:    */s/ Craig B. Sanders*
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 122829
*Attorneys for Plaintiff*